John E. Casperson
HOLMES WEDDLE & BARCOTT, P.C.
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: jcasperson@hwb-law.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| CAPE GREIG, LLC,<br><br>                Plaintiff,<br>v.<br><br>F/V PINTAIL, Official No. 531582, its Engines, Machinery, Appurtenances, etc., *In Rem*<br><br>and<br><br>ANTHONY B. GABRIEL, *In Personam*<br><br>                Defendants. | IN ADMIRALTY<br><br>Case No. |

**COMPLAINT TO FORECLOSE PREFERRED SHIP MORTGAGE *IN REM* AND**

***IN PERSONAM* AND TO FORECLOSE LIEN**

Plaintiff Cape Greig, LLC (referred to at times hereafter as "Plaintiff"), alleges:

**I.**

This is a matter of admiralty and maritime jurisdiction under 46 U.S.C. § 31322 and § 31325 and within the meaning of Fed. R. Civ. P. 9(h).

**II.**

At all times material herein, defendant F/V PINTAIL, Official No. 531582, its

COMPLAINT TO FORECLOSE PREFERRED
SHIP MORTGAGE *IN REM* AND *IN PERSONAM*
AND TO FORECLOSE LIEN
*CAPE GREIG, LLC v. F/V PINTAIL, et al.*
Case No. _____ - Page 1 of 6

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:14-cv-00106-RRB   Document 1   Filed 06/03/14   Page 1 of 6

engines, machinery, appurtenances, fishing rights, etc. ("Vessel") was a vessel duly documented under the laws of the United States and is owned by defendant Anthony Gabriel. The Vessel is now, or will be during the pendency of this action, within this district and subject to the jurisdiction of this Court.

### III.

On or about June 9, 2011, Plaintiff made a loan to Anthony Gabriel, a resident of Alaska ("Gabriel") in the amount of Twenty Thousand and 00/100 Dollars ($20,000.00) ("Loan").

### IV.

In connection with the Loan, Gabriel agreed to tender salmon for Plaintiff with the Vessel in Bristol Bay, Alaska.

### V.

Gabriel as owner thereof granted a Preferred Ship Mortgage on the Vessel to Plaintiff ("Mortgage") on June 9, 2012, to secure repayment of the Loan. *See* **Exhibit A** attached hereto.

### VI.

The maturity date of the Loan is December 31, 2011. *See* **Exhibit A**.

### VII.

Plaintiff is the owner and holder of the Loan and Mortgage on the Vessel.

COMPLAINT TO FORECLOSE PREFERRED
SHIP MORTGAGE *IN REM* AND *IN PERSONAM*
AND TO FORECLOSE LIEN
*CAPE GREIG, LLC v. F/V PINTAIL, et al.*
Case No. _____ - Page 2 of 6

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:14-cv-00106-RRB   Document 1   Filed 06/03/14   Page 2 of 6

## VIII.

To secure the payment of the Loan, the Mortgage conveys to Plaintiff the whole of the Vessel. *See* **Exhibit A**.

## IX.

Gabriel defaulted in his performance by his failure to make the required payment due on or before December 31, 2011. No payments on the Loan were ever made.

## X.

Alaska law provides for interest on money after it is due at ten and a half percent (10.5%) a year. AS 45.45.010(a).

## XI.

That the laws of the United States provide that, upon a default of any term of a preferred mortgage, the mortgage holder may enforce its claim for outstanding indebtedness against the mortgaged vessel, *in rem*, 46 U.S.C. § 31325.

## XII.

From 2011 to the present, Gabriel purchased necessaries from Santaska, Inc., d/b/a Alaska Village ("Santaska"); specifically, Gabriel stored the Vessel upon Santaska's property. The Vessel is indebted for such necessaries in the amount of $6,500, which shall increase by $2,500 (the annual storage charge) to a total of $8,000 effective as of June 1, 2014 (the renewal date) ("Storage Lien").

COMPLAINT TO FORECLOSE PREFERRED
SHIP MORTGAGE *IN REM* AND *IN PERSONAM*
AND TO FORECLOSE LIEN
*CAPE GREIG, LLC v. F/V PINTAIL, et al.*
Case No. _____ - Page 3 of 6

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

## XIII.

Cape Greig, LLC is the owner and holder of Santaska's claims against the Vessel by assignment from Santaska.

WHEREFORE, Plaintiff prays for judgment as follows:

1. That this Court decree payment due by the defendants for the following:

   a. The sum of $20,000.00, plus interest at 10.5% a year after December 31, 2011;

   b. Additional expenses of $6,500.00 for necessaries provided to the mortgagee for storage, with an additional $2,500 should the Vessel continue to be in storage at Santaska as of June 1, 2014;

   c. Reasonable attorneys' fees; and

   d. The costs of this action including charges for all fees for keepers and their costs incurred in this action and for all expenses for the sale of the Vessel, her engines, machinery, and appurtenances, etc.

2. That Plaintiff be adjudged the holder of a first preferred ship mortgage on the Vessel for the payment of sums due, including costs and attorneys' fees, and that this Court declare the lien of the Mortgage to be superior to all other liens that may exist against the Vessel.

3. That the Storage Lien be adjudged superior to other liens, except for the lien of the Mortgage, that may exist against the Vessel.

COMPLAINT TO FORECLOSE PREFERRED
SHIP MORTGAGE *IN REM* AND *IN PERSONAM*
AND TO FORECLOSE LIEN
*CAPE GREIG, LLC v. F/V PINTAIL, et al.*
Case No. _____ - Page 4 of 6

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:14-cv-00106-RRB   Document 1   Filed 06/03/14   Page 4 of 6

4. That the Mortgage be foreclosed and the Vessel be sold by the U.S. Marshal and the proceeds of the sale be applied and delivered to pay demands and claims of Plaintiff in the amount and to the extent as specifically set forth herein, together with costs and attorneys' fees, and that it be declared that any and all persons, firms or corporations claiming any interest in the Vessel are forever barred and foreclosed of and from all rights of equity or redemption or claim in and to the Vessel.

5. That the Storage Lien be foreclosed.

6. That *in rem* process in due form of the law issue against the Vessel.

7. That at the sale of the Vessel by the U.S. Marshal, Plaintiff be permitted to bid, without cash deposit, its judgment, accrued interest, costs and attorneys' fees, up to the full amount thereof.

8. That Plaintiff has such other and further relief as in law and equity it may be entitled to receive.

DATED this 19th day of May, 2014.

HOLMES WEDDLE & BARCOTT, P.C.

s/John E. Casperson
John E. Casperson, ABA #7910076
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: jcasperson@hwb-law.com
Attorney for Plaintiff

COMPLAINT TO FORECLOSE PREFERRED
SHIP MORTGAGE *IN REM* AND *IN PERSONAM*
AND TO FORECLOSE LIEN
*CAPE GREIG, LLC v. F/V PINTAIL, et al.*
Case No. _____ - Page 5 of 6

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:14-cv-00106-RRB   Document 1   Filed 06/03/14   Page 5 of 6

## VERIFICATION

UNITED STATES OF AMERICA )
) ss.
STATE OF WASHINGTON )

John Sund, being first duly sworn, upon oath deposes and states upon information and belief:

I am a manager of Cape Greig, LLC, have read the above and foregoing Complaint, know the contents thereof and believe the same to be true. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
John Sund, Manager, Cape Greig, LLC

G:\5515\27862 [Pintail]\Pleading\Drafts\Complaint P52405_1414.doc

COMPLAINT TO FORECLOSE PREFERRED
SHIP MORTGAGE *IN REM* AND *IN PERSONAM*
AND TO FORECLOSE LIEN
*CAPE GREIG, LLC v. F/V PINTAIL, et al.*
Case No. _____ - Page 6 of 6

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289